Kenneth A. HINTON; John Cunningham, Plaintiffs–Appellants,

v.

Willie SCOTT, Warden; Wackenhut Correctional Corporation; Philip Morris USA, Incorporated, Defendants–Appellees.

No. 03–7268.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 20, 2004.

Decided: Oct. 8, 2004.

Kenneth A. Hinton, John Cunningham, Appellants pro se.

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth A. Hinton and John Cunningham appeal the district court's orders dismissing without prejudice their 42 U.S.C. § 1983 (2000) complaint for failure to exhaust administrative remedies and a subsequent order denying their Fed.R.Civ.P. 59 motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *See Hinton v. Scott,* No. CA–02–944–5–F (E.D.N.C. filed July 17, 2003 & entered July 18, 2003; filed Aug. 6, 2003 & entered Aug. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*